THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Crawford Williams, Appellant.
 
 
 

Appeal From Richland County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2007-UP-280
 Submitted June 1, 2007  Filed June 6,
 2007    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Williams
 appeals his guilty plea to voluntary manslaughter and assault and battery with
 intent to kill.  He was sentenced to concurrent sentences of twenty-five years
 for the manslaughter and ten years for the ABWIK.  Williams maintains his
 guilty plea was rendered conditional as a result of the trial judge informing
 Williams of his right to an appeal.  After
 a thorough review of the record, counsels brief, and Williams pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Williams appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 KITTREDGE, J., and CURETON, A.J., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.